**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LBBW Asset Mgmt | ) | Case No: 13 C 5413 |
| v. | ) ) ) | Judge Amy J. St. Eve |
| Citibank, N.A. et al. | ) ) ) | |

**ORDER**

Motions for leave to appear pro hac vice on behalf of LBBW Asset Management Investmentgesellschaft mbH by Michael Buchman and William Narwold [9][10] are granted.

Date: August 6, 2013

AMY J. STUEVE
United States District Court Judge