### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| LBBW Asset Management | ) | Case No: 13 C 5413 |
| v. | ) ) ) | Judge Amy J. St. Eve |
| Citibank, N.A. et al. | ) ) ) | |

### ORDER

Christopher Lovell's motion for leave to appear pro hac vice on behalf of LBBW Asset Management Investmentgesellschaft mbH [12] is granted.

Date: August 7, 2013

AMY J. STUEVE
United States District Court Judge