

# United States District Court
# Northern District of Illinois

In the Matter of

LBBW Asset Management Investmentgesellschaft mbH  Senior Judge Milton I. Shadur

v.  Case No. 13-CV-5413

Citibank, N.A. et al

Designated Magistrate Judge
Susan E. Cox

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge Amy J. St. Eve to be related to 13 C 3357 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
**Judge Milton I. Shadur**

Date: Wednesday, August 07, 2013

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Milton I. Shadur

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
**Chief Judge Ruben Castillo**

Dated: Thursday, August 08, 2013

District Reassignment - Finding of Relatedness