**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LBBW ASSET MANAGEMENT INVESTMENTGESELLSCHAFT MBH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A., CITIGROUP INC., CITIGROUP GLOBAL MARKETS INC., THE GOLDMAN SACHS GROUP INC., JP MORGAN CHASE & CO., JP MORGAN CHASE BANK N.A., CREDIT SUISSE GROUP AG, DEUTSCHE BANK AG, MORGAN STANLEY BANK, N.A., BARCLAYS BANK PLC, BANK OF AMERICA CORP., BANK OF AMERICA, N.A., HSBC HOLDINGS PLC, HSBC BANK USA, N.A., ROYAL BANK OF SCOTLAND GROUP PLC, BNP PARIBAS S.A., UBS AG, UBS SECURITIES LLC, WELLS FARGO BANK & CO., MARKIT GROUP LTD. & INTERNATIONAL SWAPS & DERIVATIVES ASSOCIATION,<br><br>Defendants. | Case No. 13-cv-05413<br><br>Judge Milton I. Shadur |

**DEFENDANT MARKIT GROUP LTD.'S**
**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 & LOCAL RULE 3.2**

In accordance with Fed. R. Civ. P. 7.1 and Local Rule 3.2 of the Rules of the United States District Court for the Northern District of Illinois, Defendant Markit Group Ltd. ("Markit Group") hereby states that it is a limited liability corporation and the following entities indirectly own more than 5% of the corporation:

- JPMorgan Chase & Co.
- Bank of America Corporation

- Deutsche Bank AG
- The Goldman Sachs Group, Inc.

| | |
|---|---|
| Dated: August 29, 2013 | */s/ Michael F. Derksen* <br> **PROSKAUER ROSE LLP** <br> Steven R. Gilford (ARDC # 3121730) <br> Michael F. Derksen (ARDC # 6296212) <br> Three First National Plaza <br> 70 West Madison, Suite 3800 <br> Chicago, Illinois 60602 <br> Telephone: (312) 962-3550 <br> Facsimile: (312) 962-3551 <br><br> *Counsel for Markit Group Ltd.* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 29th day of August, 2013.

      */s/ Michael F. Derksen*
      Michael F. Derksen