**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LBBW Asset Management Investmentgesellschaft mbH, on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>CITIBANK, N.A., CITIGROUP INC., CITIGROUP GLOBAL MARKETS INC., GOLDMAN, SACHS & CO., JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., CREDIT SUISSE AG, DEUTSCHE BANK AG, MORGAN STANLEY & CO. LLC, BARCLAYS BANK PLC, BANK OF AMERICA CORP., BANK OF AMERICA, N.A., HSBC BANK PLC, HSBC BANK USA, N.A., ROYAL BANK OF SCOTLAND PLC, ROYAL BANK OF SCOTLAND N.V., BNP PARIBAS, UBS AG, UBS SECURITIES LLC, WELLS FARGO BANK & COMPANY, WELLS FARGO BANK, N.A., MARKIT GROUP LTD., AND INTERNATIONAL SWAPS & DERIVATIVES ASSOCIATION,<br><br>              Defendants. | Case 1:13-cv-05413 |

**STIPULATION SETTING TIME FOR DEFENDANTS TO
ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**

WHEREAS, on May 3, 2013, plaintiff Sheet Metal Workers Local No. 33 Cleveland District Pension Plan filed a complaint in Case 1:13-cv-03357 (Shadur, M.) and filed an amended complaint on July 12, 2013 (the "Sheet Metal" case) in the Northern District of Illinois;

WHEREAS, on July 11, 2013, plaintiffs Unipension Fondsmaeglerselskab AlS, Arkitekternes Pensionkasse, MP Pension-Pensionskassen for Magistre & Psykologer, and Pensionkassen for Jordbrugsakademikere & Dyrlaeger filed a complaint in Case 1:13-cv-4979 (Norgle, C.), and filed an amended complaint on August 2, 2013 (the "Unipension case") in the Northern District of Illinois;

WHEREAS on July 16, 2013, plaintiff Value Recovery Fund LLC filed a complaint in Case 1:13-cv-4928 (Abrams, R.) (the "VRF case") in the Southern District of New York;

WHEREAS on July 29, 2013, plaintiff LBBW Asset Management Investmentgesellschaft mbH filed a complaint in Case 1:13-cv-5413 (St. Eve, A.) (the "LBBW case"), and on August 28 and August 30, 2013, filed, respectively, an amended complaint and corrected amended complaint in the Northern District of Illinois;

WHEREAS on July 29, 2013, plaintiff MF Global Capital LLC filed a complaint in Case 1:13-cv-5417 (Kennelly, M.) (the "MF Global case") in the Northern District of Illinois;

WHEREAS on August 1, 2013, the Unipension case and on August 8, 2013, the MF Global case and the LBBW cases were reassigned to the Honorable Milton Shadur, who is now presiding over the Sheet Metal case, the Unipension case, the LBBW case, and the MF Global case;

WHEREAS on August 1, 2013, plaintiff Essex Regional Retirement System filed a complaint in Case 1:13-cv-5388 in the Southern District of New York, but voluntarily dismissed that case on August 7, 2013, and re-filed it in the Northern District of Illinois on August 12, 2013, Case 1:13-cv-05723 (Dow, R.) (the "Essex Regional case");

WHEREAS on August 19, 2013, the VRF case was reassigned to the Honorable Denise Cote;

WHEREAS on August 29, 2013, plaintiff Salix Capital U.S., Inc. filed a complaint in Case No. 1:13-cv-6116 in the Southern District of New York (Cote, D.) (the "Salix case");

WHEREAS, a status conference is scheduled for October 16, 2013, in the Sheet Metal case;

WHEREAS, the allegations in the aforementioned lawsuits are substantially similar;

2

WHEREAS other plaintiffs may file additional complaints in the Northern District of Illinois or elsewhere asserting substantially similar allegations and claims as in this action ("Related Actions"); and

WHEREAS, on July 16, 2013, plaintiff in the Sheet Metal case initiated proceedings before the Judicial Panel on Multidistrict Litigation ("JPML"), MDL No. 2476, *In re Credit Default Swaps Antitrust Litigation*, in which the Sheet Metal plaintiff, joined on August 27, 2013, by the Essex Regional plaintiff, seek consolidation in this Court of the foregoing cases and any Related Actions for purposes of pre-trial proceedings including the filing of a single consolidated complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1.      The undersigned counsel accept service of the August 30, 2013, Corrected First Amended Complaint in the LBBW case for their respective clients, without waiver of any defenses, including those related to personal jurisdiction and venue.

2.      Defendants' time to answer, move or otherwise respond to the complaint in the LBBW case is hereby suspended while JPML proceedings are pending, provided that:

(i)     upon resolution of the JPML consolidation proceedings, the parties shall confer in good faith about a schedule for filing and responding to whatever consolidated complaint is ultimately to be filed in the court determined by the JPML, with the filing to be not less than 45 days following such resolution by the JPML and any ensuing motion to dismiss such consolidated complaint being briefed pursuant to a 60-60-30 day schedule; and

(ii)    if defendants' time to answer, move, or otherwise respond to a complaint in any Related Action or other pending action is not similarly suspended pending the JPML proceedings, the suspension set forth herein shall end and the parties shall meet and

confer in good faith concerning the schedule in this action, with defendants preserving all

rights to seek from the Court an order suspending any response pending resolution of the

JPML proceedings.


Dated:  September 11, 2013


                                        /s/ *Marvin A. Miller*

                                          Marvin A. Miller
    Matthew E. VanTine
    MILLER LAW LLC
    115 S. LaSalle Street, Suite 2910
    Chicago, IL  60603
    Telephone:  312-332-3400
    mmiller@millerlawllc.com
    mvantine@millerlawllc.com

    Christopher Lovell
    Ian T. Stoll
    LOVELL STEWART HALEBIAN
       JACOBSON LLP
    61 Broadway, Suite 501
    New York, NY  10006
    Telephone:  212-608-1900
    clovell@lshllp.com
    istoll@lshllp.com

    William H. Narwold
    MOTLEY RICE LLC
    One Corporate Center
    20 Church St., 17th Floor
    Hartford, CT  06103
    Telephone:  860-882-1681
    bnarwold@motleyrice.com

    Michael M. Buchman
    MOTLEY RICE LLC
    275 Seventh Ave., 2nd Floor
    New York, NY  10001
    Telephone:  212-577-0040
    mbuchman@motleyrice.com

David Kovel
KIRBY MCINERNEY LLP
825 Third Avenue, 16th Floor
New York, NY  10022
Telephone:  212-371-6600
dkovel@kmllp.com

***Attorneys for Plaintiff LBBW Asset
Management Investmentgesellschaft
mbH***


/s/ Robert F. Wise
Robert F. Wise
Arthur J. Burke
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY  10017
Telephone:  212-450-4000
Facsimile:  212-701-5800
robert.wise@davispolk.com
arthur.burke@davispolk.com

***Attorneys for Defendants Bank of
America Corporation and Bank of
America, N.A.***


/s/ Todd Fishman
Nathan P. Eimer
Alexis G. Chardon
Susan M. Razzano
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL  60604
Telephone:  312-660-7600
Facsimile:  312-692-1718
neimer@eimerstahl.com
achardon@eimerstahl.com
srazzano@eimerstahl.com

Todd Fishman
Michael Feldberg
M. Elaine Johnston
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: 212-610-6300
todd.fishman@allenovery.com
michael.feldberg@allenovery.com
elaine.johnson@allenovery.com

**_Attorneys for Defendant Barclays Bank plc_**

/s/ David Esseks

Christopher B. Wilson
PERKINS COIE LLP
131 South Dearborn Street
Suite 1700
Chicago, IL 60603
Telephone: 312-324-8400
cwilson@perkinscoie.com

David Esseks
Brian A. de Haan
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: 212-610-6300
david.esseks@allenovery.com
john.terzaken@allenovery.com
brian.dehaan@allenovery.com

John Terzaken
Molly Kelley
ALLEN & OVERY LLP
1301 K Street N.W.
9th Floor, East Tower
Washington, D.C. 20005
john.terzaken@allenovery.com
molly.kelley@allenovery.com

**_Attorneys for Defendant BNP Paribas_**

/s/ David F. Graham

David F. Graham
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Telephone:  312-853-7596
Facsimile:  312-853-7036
dgraham@sidley.com

**_Attorney for Defendants Citigroup,_**
**_Inc., Citibank, N.A., and Citigroup_**
**_Global Markets Inc._**


/s/ J. Robert Robertson

J. Robert Robertson
Benjamin F. Holt
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC  20004
Telephone:  202-637-5600
Facsimile:  202-637-5910
robby.robertson@hoganlovells.com
benjamin.holt@hoganlovells.com

**_Attorneys for Defendant_**
**_Credit Suisse AG_**


/s/ Paula W. Render

David P. Wales
JONES DAY
51 Louisiana Avenue, NW
Washington, DC  20001-2113
Telephone:  202-879-3939
Facsimile:  202-626-1700
dpwales@jonesday.com

Paula W. Render
JONES DAY
77 West Wacker Drive
Chicago, IL  60601-1692
Telephone:  312-782-3939
Facsimile:  312-782-8585
prender@jonesday.com

7

Eric P. Stephens
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone: 212-326-3939
Facsimile: 212-755-7306
epstephens@jonesday.com

**Attorneys for Defendant Deutsche Bank AG**

_/s/ Robert Y. Sperling_
Robert Y. Sperling
Thomas Kirsch II
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: 312-558-5600
Facsimile: 312-558-5700
rsperling@winston.com
tkirsch@winston.com

Elizabeth Papez
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006
Telephone: 202-282-5000
Facsimile: 202-282-5100
epapez@winston.com

Richard C. Pepperman
Andrew D. Pietro
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: 212-558-4000
Facsimile: 212-558-3588
peppermanr@sullcrom.com
pietroda@sullcrom.com

**Attorneys for Defendant Goldman, Sachs & Co.**

8

/s/ Andrew S. Marovitz

Andrew S. Marovitz
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: 312-782-0600
Facsimile: 312-701-7711
amarovitz@mayerbrown.com
bmiller@mayerbrown.com

**Attorneys for Defendants HSBC Bank
plc and HSBC Bank USA N.A.**


/s/ Peter E. Greene

Patrick Fitzgerald
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, IL 60606
Telephone: 312-407-0700
Facsimile: 312-407-0711
patrick.fitzgerald@skadden.com

Peter E. Greene  (*pro hac vice*)
Peter S. Julian (*pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Telephone: 212-735-3000
Facsimile: 212-735-2000
peter.greene@skadden.com
peter.julian@skadden.com

**Attorneys for Defendants JPMorgan
Chase & Co. and JPMorgan Chase
Bank, N.A.**

/s/ Daniel Slifkin
Daniel Slifkin
Michael A. Paskin
CRAVATH SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: 212-474-1000
Facsimile: 212-474-3700
DSlifkin@cravath.com
MPaskin@cravath.com

***Attorneys for Defendant Morgan Stanley & Co., LLC***

/s/ Stephanie D. Jones

Stephanie D. Jones
FIGLIULO & SILVERMAN, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, IL 60603
Telephone: 312-251-4600
Facsimile: 312-251-4610
sjones@fslegal.com

Charles F. Rule (of counsel)
Joseph J. Bial
Amy W. Ray (of counsel)
CADWALADER WICKERSHAM &
TAFT LLP
700 Sixth Street, NW
Washington, DC 20001
Telephone: 202-862-2200
Facsimile: 202-862-2400
rick.rule@cwt.com
joseph.bial@cwt.com
amy.ray@cwt.com

*Attorneys for Defendants Royal Bank
of Scotland PLC and Royal Bank of
Scotland N.V.*

/s/ David C. Bohan

David C. Bohan
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL  60661
Telephone:  312-902-5200
Facsimile:  312-902-1061
david.bohen@kattenlaw.com

James J. Calder
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY  10022
Telephone:  212-940-8800
Facsimile:  212-940-8776
james.calder@kattenlaw.com

**Attorneys for Defendants UBS AG and
UBS Securities LLC**

/s/ Brian D. Roche

Brian D. Roche (ARDC No. 6183795)
REED SMITH LLP
10 South Wacker Drive – 40th Floor
Chicago, IL  60606
Telephone:  312-207-1000
Facsimile:  312-207-6400
broche@reedsmith.com

Matthew J. Reilly (*pro hac vice*)
Abram J. Ellis (*pro hac vice*)
SIMPSON THACHER & BARTLETT
LLP
1155 F Street, NW
Washington, DC  20004
Telephone:  202-636-5500
Facsimile:  202-636-5502
matt.reilly@stblaw.com
aellis@stblaw.com

**Attorneys for Defendant International
Swaps and Derivatives Association**

12

/s/ Colin R. Kass
Colin R. Kass
Scott M. Abeles
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., NW
Suite 400 South
Washington, DC 20004
Telephone: 202-416-6800
Facsimile: 202-416-6899
ckass@proskauer.com
sabeles@proskauer.com

Alan R. Kusinitz
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
Telephone: 212-969-3000
Facsimile: 212-969-2900
akusinitz@proskauer.com

Steven R. Gilford
Michael F. Derksen
PROSKAUER ROSE LLP
70 W. Madison
Suite 3800
Chicago, IL 60602
Telephone: 312-962-3550
Facsimile: 312-962-3551
sgilford@proskauer.com
mderksen@proskauer.com

*Attorneys for Defendant*
*Markit Group Ltd.*

## CERTIFICATE OF SERVICE BY ELECTRONIC MEANS

I, Marvin A. Miller, one of the attorneys for plaintiffs, hereby certify that on September 11, 2013, service of the foregoing document was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.


_/s/    Marvin A. Miller_
Marvin A. Miller