# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

LBBW Asset Management Investmentgesellschaft
mbH

|  |  |
|---|---|
| | Plaintiff, |
| v. | Case No.: |
| | 1:13–cv–05413 |
| | Honorable Amy J. St. Eve |
| Citibank, N.A., et al. | |
| | Defendant. |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 11,2013:

   MINUTE entry before Honorable Milton I. Shadur: Colin R. Kass' motion for leave to appear pro hac vice [21], Alan R. Kusinitz' motion for leave to appear pro hac vice [22] and Scott M. Abeles' motion for leave to appear pro hac vice [23] are granted. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.