

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
   CLERK

October 29, 2013

Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

RE: LBBW Asset Management v. Citibank, N.A.
MDL No.    MDL 2476
USDC Case No. 13cv5413

Dear Clerk:

Enclosed is the certified record which is being transferred to your court pursuant to an order entered by the MDL Judicial Panel on 10/16/2013 **Pursuant to MDL Order case: 2476**

■   was electronically transmitted to USDC for the Southern District of New York..

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:   /s/ Maya Burke
          Deputy Clerk

Enclosures

New Case No. _____     Date _____

cc:   Non-ECF Attorneys and Pro se Parties